Argued June 27, affirmed July 18, 1977

# In the Matter of the Dissolution of the Marriage of
## POZZI, *Respondent,*
### *and*
## POZZI, *Appellant.*
### (No. 76 08 11337, CA 7975)
566 P2d 210

. Asa L. Lewelling, Salem, argued the cause and filed the brief for appellant.

Raymond J. Conboy, Portland, argued the cause for respondent. With him on the brief were Garry Kahn, and Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

Affirmed. *McQueen and McQueen,* 30 Or App 165, 566 P2d 208 (1977); *Jones and Jones,* 20 Or App 575, 532 P2d 805 (1975). No costs to either party.